Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14113−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond J. Steward III | Kathleen Steward |
| 606 W Madison Ave | 606 W Madison Ave |
| Magnolia, NJ 08049−1526 | Magnolia, NJ 08049−1526 |

Social Security No.:
  xxx−xx−3393                                  xxx−xx−7047

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 29, 2020.

On 10/7/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 November 10, 2021
Time:                09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 7, 2021
JAN: kaj

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14113-ABA |
| Raymond J. Steward, III | Chapter 13 |
| Kathleen Steward | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 07, 2021 | Form ID: 185 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond J. Steward, III, Kathleen Steward, 606 W Madison Ave, Magnolia, NJ 08049-1526 |
| cr | + | Borough of Magnolia, 438 West Evesham Avenue, Magnolia, NJ 08049-1725 |
| 518757128 | | Borough of Magnolia, 438 W Evesham Ave, Magnolia, NJ 08049-1725 |
| 518778371 | + | Bryan S. Fairman, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518757129 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518757131 | | Convergent Outsourcing, Inc., PO Box 1280, Oaks, PA 19456-1280 |
| 518757134 | | Diversified Consultnts, PO Box 31245, Fridley, MN 55421-0145 |
| 518830776 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518757136 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518757137 | | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519300451 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519300452 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 32809, Residential Credit Opportunities Trust V co FCI Lender Services Inc 92809-0112 |
| 518757139 | | Santander Consumer USA, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 518804776 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518757140 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518757127 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 07 2021 20:16:00 | Bayview Laon Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518824794 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 07 2021 20:16:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518768087 | + | Email/Text: documentfiling@lciinc.com | Oct 07 2021 20:16:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518777062 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2021 20:38:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757130 | | Email/Text: documentfiling@lciinc.com | Oct 07 2021 20:16:00 | Comcast Cable, PO Box 3006, Southeastern, PA 19398-3006 |
| 518989294 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 07 2021 20:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 185 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518989295 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 07 2021 20:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518757133 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2021 20:38:22 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518757132 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2021 20:38:07 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518757135 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 20:38:08 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518762200 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 20:38:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518804026 | + | Email/Text: joey@rmscollect.com | Oct 07 2021 20:17:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518757138 | | Email/Text: joey@rmscollect.com | Oct 07 2021 20:17:00 | Receivables Management Systems, PO Box 73810, Richmond, VA 23235-8047 |
| 518757141 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 07 2021 20:38:05 | Sprint, PO Box 1769, Newark, NJ 07101-1769 |
| 518758584 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518833041 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2021 20:38:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757142 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 07 2021 20:16:00 | Verizon New Jersey, 600 Technology Dr, Saint Charles, MO 63304-2238 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518794997 | ##+ | Denise Carlon, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 185 | Total Noticed: 34 |

below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Tamika Nicole Wyche | on behalf of Joint Debtor Kathleen Steward daviddanielslaw@gmail.com G30609@notify.cincompass.com |
| Tamika Nicole Wyche | on behalf of Debtor Raymond J. Steward III daviddanielslaw@gmail.com, G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7