Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14113−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond J. Steward III  
606 W Madison Ave  
Magnolia, NJ 08049−1526

Kathleen Steward  
606 W Madison Ave  
Magnolia, NJ 08049−1526

Social Security No.:
    xxx−xx−3393                                                    xxx−xx−7047

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 10, 2021.

Dated: November 10, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14113-ABA
Raymond J. Steward, III  Chapter 13
Kathleen Steward
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Nov 10, 2021      Form ID: plncf13      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond J. Steward, III, Kathleen Steward, 606 W Madison Ave, Magnolia, NJ 08049-1526 |
| cr | + | Borough of Magnolia, 438 West Evesham Avenue, Magnolia, NJ 08049-1725 |
| 518757128 | | Borough of Magnolia, 438 W Evesham Ave, Magnolia, NJ 08049-1725 |
| 518778371 | + | Bryan S. Fairman, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518757129 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518757131 | | Convergent Outsourcing, Inc., PO Box 1280, Oaks, PA 19456-1280 |
| 518794997 | + | Denise Carlon, Esquire, KML Law Group, P.C., 701 Market Street, #5000, Philadelphia PA 19106-1541 |
| 518757134 | | Diversified Consultnts, PO Box 31245, Fridley, MN 55421-0145 |
| 518830776 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518757136 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518757137 | | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519300451 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519300452 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 32809, Residential Credit Opportunities Trust V co FCI Lender Services Inc 92809-0112 |
| 518757139 | | Santander Consumer USA, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 518804776 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518757140 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2021 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2021 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518757127 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2021 20:37:00 | Bayview Laon Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518824794 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2021 20:37:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518768087 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2021 20:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518777062 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 20:46:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757130 | | Email/Text: documentfiling@lciinc.com | Nov 10 2021 20:37:00 | Comcast Cable, PO Box 3006, Southeastern, PA 19398-3006 |
| 518989294 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2021 20:37:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518989295 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2021 20:37:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| | | | |
|---|---|---|---|
| | | | Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518757133 | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 20:46:03 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518757132 | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 20:46:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518757135 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:04 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518762200 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518804026 + | Email/Text: joey@rmscollect.com | Nov 10 2021 20:38:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518757138 | Email/Text: joey@rmscollect.com | Nov 10 2021 20:38:00 | Receivables Management Systems, PO Box 73810, Richmond, VA 23235-8047 |
| 518757141 | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 10 2021 20:46:19 | Sprint, PO Box 1769, Newark, NJ 07101-1769 |
| 518757139 | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2021 20:38:00 | Santander Consumer USA, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 518804776 + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2021 20:38:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518758584 + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518833041 + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 20:46:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757142 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon New Jersey, 600 Technology Dr, Saint Charles, MO 63304-2238 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Tamika Nicole Wyche | on behalf of Joint Debtor Kathleen Steward daviddanielslaw@gmail.com G30609@notify.cincompass.com |
| Tamika Nicole Wyche | on behalf of Debtor Raymond J. Steward III daviddanielslaw@gmail.com, G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7