Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  20−14113−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond J. Steward III                             Kathleen Steward
   606 W Madison Ave                                   606 W Madison Ave
   Magnolia, NJ 08049−1526                      Magnolia, NJ 08049−1526

Social Security No.:
   xxx−xx−3393                                             xxx−xx−7047

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 January 20, 2023
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*62* – Certification In Objection to (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/16/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Kathleen Steward, Raymond J. Steward III. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: November 14, 2022
JAN: eag

                                                                                     Jeanne Naughton
                                                                                     Clerk