| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Raymond J. Steward III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3393<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathleen Steward<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7047<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–14113–ABA | | |

## Order of Discharge                                                                                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Raymond J. Steward III                           Kathleen Steward

   <u>8/10/23</u>                                   **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond J. Steward, III  
Kathleen Steward  
    Debtors

Case No. 20-14113-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 10, 2023      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond J. Steward, III, Kathleen Steward, 606 W Madison Ave, Magnolia, NJ 08049-1526 |
| cr | + | Borough of Magnolia, 438 West Evesham Avenue, Magnolia, NJ 08049-1725 |
| 518757128 | | Borough of Magnolia, 438 W Evesham Ave, Magnolia, NJ 08049-1725 |
| 519728010 | + | Borough of Magnolia - utility, 438 W. Evesham Avenue, Magnolia, NJ 08049-1725 |
| 518757129 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518794997 | + | Denise Carlon, Esquire, KML Law Group, P.C., 701 Market Street, #5000, Philadelphia PA 19106-1541 |
| 518757134 | | Diversified Consultnts, PO Box 31245, Fridley, MN 55421-0145 |
| 518830776 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518757136 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 519300451 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519300452 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 32809, Residential Credit Opportunities Trust V co FCI Lender Services Inc 92809-0112 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 10 2023 20:38:00 | Goldman Sachs Mortgage Company, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518757127 | | EDI: LCIBAYLN | Aug 11 2023 00:25:00 | Bayview Laon Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1837 |
| 518824794 | + | EDI: LCIBAYLN | Aug 11 2023 00:25:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518778371 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 10 2023 20:39:00 | Bryan S. Fairman, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518768087 | + | EDI: COMCASTCBLCENT | Aug 11 2023 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518777062 | + | EDI: AIS.COM | Aug 11 2023 00:25:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757130 | | EDI: COMCASTCBLCENT | Aug 11 2023 00:25:00 | Comcast Cable, PO Box 3006, Southeastern, PA 19398-3006 |
| 518989294 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2023 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 518989295 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2023 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 518757131 | ^ | MEBN | Aug 10 2023 20:33:11 | Convergent Outsourcing, Inc., PO Box 1280, Oaks, PA 19456-1280 |
| 518757133 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2023 20:48:12 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518757132 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2023 20:36:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518757135 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:49:27 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518762200 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:48:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518804026 | + | Email/Text: joey@rmscollect.com | Aug 10 2023 20:40:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518757137 | | Email/Text: ngisupport@radiusgs.com | Aug 10 2023 20:38:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518757138 | | Email/Text: joey@rmscollect.com | Aug 10 2023 20:40:00 | Receivables Management Systems, PO Box 73810, Richmond, VA 23235-8047 |
| 518757141 | | EDI: AISSPRINT | Aug 11 2023 00:25:00 | Sprint, PO Box 1769, Newark, NJ 07101-1769 |
| 518757139 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 20:39:00 | Santander Consumer USA, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 518804776 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 20:39:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518757140 | ^ | MEBN | Aug 10 2023 20:33:37 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518758584 | + | EDI: RMSC.COM | Aug 11 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518833041 | + | EDI: AIS.COM | Aug 11 2023 00:25:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757142 | | EDI: VERIZONCOMB.COM | Aug 11 2023 00:25:00 | Verizon New Jersey, 600 Technology Dr, Saint Charles, MO 63304-2238 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519678765 | | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing |
| 519678764 | | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 3180W | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2023             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**           **Email Address**

Denise E. Carlon
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Sindi Mncina
on behalf of Creditor Goldman Sachs Mortgage Company smncina@raslg.com

Tamika Nicole Wyche
on behalf of Joint Debtor Kathleen Steward daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

Tamika Nicole Wyche
on behalf of Debtor Raymond J. Steward  III daviddanielslaw@gmail.com, 16022@notices.nextchapterbk.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8